IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CR-062-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JAMIL RASHEEM WEAKS, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the handwritten letter sent by Defendant, Jamil Rasheem Weaks, to the undersigned, received July 23, 2014. The undersigned will construe the letter as a motion for bond. The undersigned notes that Defendant is represented by appointed counsel, Eugene James Chandler, II. It is the practice of the Court that when a Defendant is represented by counsel, all motions should be filed through counsel of record.

**IT IS THEREFORE ORDERED** that the motion for bond hearing is hereby **DENIED WITHOUT PREJUDICE**. Defendant may re-file his motion, if desired, through his counsel, Eugene James Chandler, II.

**SO ORDERED**.

Signed: July 28, 2014

David C. Keesler
United States Magistrate Judge