UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00062-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JAMIL RASHEEM WEAKS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Defendant's Motion to Attend Funeral (#24). Defendant has requested the court to order the U.S. Marshals Service to escort him from the Mecklenburg County Jail to a funeral home in Salisbury, North Carolina this coming weekend in order to attend his father's funeral and final viewing. In light of the magistrate judge's Order of Detention Pending Trial (# 11), Defendant's criminal history, including probation revocations, and pending drug trafficking charges, the court has substantial safety and security concerns which will not allow the court to grant the relief sought.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Attend Funeral (#24) is DENIED.

Signed: October 22, 2014

Max O. Cogburn Jr.
United States District Judge