UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
(3:14-cr-62-MOC)

| UNITED STATES OF AMERICA, | ) |   |
|---|---|---|
| Plaintiff, | ) |   |
| vs. | ) | ORDER |
| JAMIL RASHEEM WEAKS, | ) |   |
| Defendant. | ) |   |

**THIS MATTER** is before the Court on Defendant's Motion to Amend/Correct, (Doc. No. 36), and in response to a letter from the Bureau of Prisons addressed to this Court, docketed as number 38.

**IT IS HEREBY ORDERED** that the Government shall, within 14 days, file a response to Defendant's motion to amend/correct and to the statements made in the letter received from the Bureau of Prisons.

The Clerk is directed to mail this Order to the United States Attorney.

**IT IS SO ORDERED.**

Signed: November 22, 2016

Max O. Cogburn Jr.
United States District Judge

1